STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
GONZALO AMBRIZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO AMBRIZ,<br><br>Defendant. | CR 12-00648 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of October 25, 2012, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for November 15, 2012.

The requested continuance is necessary because, although the government requested a copy of the recording of Mr. Ambriz's deportation proceedings over one month ago, the tape has still not arrived. A review of that recording is necessary in order to determine whether any motions are warranted in this case.

CR 12-00648 YGR
Stipulation to Continuance and Exclusion of Time

1

The parties agree and stipulate that the time until November 15, 2012 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: October 23, 2012            /s/
                                  ELLEN V. LEONIDA
                                  Assistant Federal Public Defender
                                  Counsel for defendant GONZALO AMBRIZ

Date: October 23, 2012            /s/
                                  MAUREEN ONYEAGBAKO
                                  Special Assistant United States Attorney

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to November 15, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until November 15, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

 October 23, 2012
Date                              HON. YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT JUDGE

CR 12-00648 YGR
Stipulation to Continuance and Exclusion of Time