STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
GONZALO AMBRIZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO AMBRIZ,<br><br>Defendant. | CR 12-00648 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of November 15, 2012, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for December 13, 2012.

The requested continuance is necessary because it took longer than expected for the government to obtain the recording of Mr. Ambriz's deportation proceedings. Defense counsel received the recording on November 8, 2012 and was able to listen to it. It is necessary, however, to provide the recording to an immigration expert in order to determine whether any motions are warranted in this case. Additionally, the parties have been discussing a possible resolution of the

case.

The parties agree and stipulate that the time until December 13, 2012 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: November 14, 2012          /s/
                                 ELLEN V. LEONIDA
                                 Assistant Federal Public Defender
                                 Counsel for defendant GONZALO AMBRIZ

Date: November 14, 2012          /s/
                                 MAUREEN ONYEAGBAKO
                                 Special Assistant United States Attorney

### ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 13, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until December 13, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

November 14, 2012
Date                             **HON. YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT JUDGE**

CR 12-00648 YGR
Stipulation to Continuance and Exclusion of Time          2