STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
GONZALO AMBRIZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00648 YGR |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.;  **ORDER** |
| v. | |
| GONZALO AMBRIZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of December 13, 2012, presently specially scheduled at 9:00 a.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for change of plea on January 3, 2013.

The requested continuance is necessary because the parties have been discussing a possible resolution of the case, but further time is necessary for defense counsel to conduct investigation and review relevant documents with Mr. Ambriz.  Mr. Ambriz will be prepared to enter a change of plea at his next appearance.

CR 12-00648 YGR
Stipulation to Continuance and Exclusion of Time          1

1  The parties agree and stipulate that the time until January 3, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: December 12, 2012      /s/
                             ELLEN V. LEONIDA
                             Assistant Federal Public Defender
                             Counsel for defendant GONZALO AMBRIZ

Date: December 12, 2012      /s/
                             MAUREEN ONYEAGBAKO
                             Special Assistant United States Attorney

### ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 3, 2013 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until January 3, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

December 12, 2012
Date                         HON. YVONNE GONZALEZ ROGERS
                             UNITED STATES DISTRICT JUDGE

CR 12-00648 YGR
Stipulation to Continuance and Exclusion of Time       2