1  STEVEN G. KALAR
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   GONZALO AMBRIZ
7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,            CR 12-00648 YGR

12              Plaintiff,              STIPULATION TO CONTINUANCE
                                        OF SENTENCING; [PROPOSED]
13         v.                           ORDER

14 GONZALO AMBRIZ,

15              Defendant.

16

17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently

19 scheduled sentencing date of May 2, 2013 at 2:00 p.m., before the Hon. Yvonne Gonzalez Rogers,

20 be vacated and that sentencing be re-set for May 30, 2013 at 2:00 p.m..

21     The requested continuance is necessary in order to facilitate the preparation of a complete

22 pre-sentence report. Mr. Ambriz's mother recently and unexpectedly passed away. Because of the

23 sudden passing of his mother and the consequent need to make funeral arrangements and attend to

24 family, Mr. Ambriz and his family are not able to provide probation with all necessary information

25 for the preparation of a pre-sentence report before March 21, 2013, the date the report is currently

26 due to the assigned probation officer's supervisor. The parties request additional time so that the

CR 12-00648 YGR
Stipulation to Continuance; [Proposed] Order        1

1  Ambriz family can fully participate with probation in the preparation of a comprehensive report.
2  The assigned probation officer, Constance Cook, has no objection to the continuance and is available
3  on May 30, 2013.

4

5  Date: March 7, 2013                                    /s/
                                                 Ellen V. Leonida
6                                                Assistant Federal Public Defender
                                                 Counsel for defendant GONZALO AMBRIZ
7

8  Date: March 7, 2013                                    /s/
                                                 TALIA FALK
9                                                Special Assistant United States Attorney

10

11

12

13                                           ORDER

14       IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 30, 2013
15  at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, for sentencing.
16       IT IS SO ORDERED.

17

18   March 7, 2013
     Date                                        HON. YVONNE GONZALEZ ROGERS
19                                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

CR 12-00648 YGR
Stipulation to Continuance; [Proposed] Order          2