STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
1301 Clay St. – Ste 1350-N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant AMBRIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALO AMBRIZ,<br><br>　　　　　Defendant. | No. CR 12-648-YGR<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 21, 2016 AND [~~PROPOSED~~] ORDER<br>AS MODIFIED |

　　　　The above-captioned matter was set on October 7, 2016 before the Hon. Kandis A. Westmore for a STATUS PRELIMINARY REVOCATION HEARING. The parties jointly request and stipulate that the Court continue the matter to October 21, 2016 at 9:30 a.m. for STATUS PRELIMINARY REVOCATION HEARING before the San Francisco Duty Magistrate.

　　　　The parties request additional time to assess and discuss this matter and conduct factual investigation which might help produce a stipulated resolution to the pending petition. The Probation Office does not object to this request. This case has been recently re-assigned to new government counsel who is awaiting information from law enforcement which may bear on the possibility of settlement and/or additional legal action.

Stip. Req. To Continue Hearing Date

DATED: October 5, 2016                    /s/
                                          ERIN CORNELL
                                          Special Assistant United States Attorney

DATED: October 5, 2016                    /s/
                                          JOHN PAUL REICHMUTH
                                          Assistant Federal Public Defender
                                          Counsel for Gonzalo Ambriz

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the matter be continued to October 21, 2016 at 9:30 a.m. for STATUS ON PRELIMINARY REVOCATION HEARING before the San Francisco Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

October _7_, 2016                         _____
                                          HON. KANDIS A. WESTMORE
                                          United States Magistrate Judge