1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       Erin.Cornell@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )  Case No. CR 12-00648 YGR
                                     )
14         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER TO
                                     )  CONTINUE HEARING DATE TO JANUARY 17,
15     v.                            )  2017
                                     )
16  GONZALO AMBRIZ,                  )
                                     )
17         Defendant.                )
                                     )
18

19         The above-captioned matter was set on January 9, 2017 for a status on preliminary revocation

20  hearing.  The parties jointly request and stipulate that the Court continue the matter to January 17, 2017

21  at 9:30 a.m. for status on preliminary revocation hearing.

22         The parties request additional to assess and discuss this matter and conduct factual investigation,

23  which may help produce a stipulated resolution to the pending petition, as well as a potential new

24  indictment charging the defendant with a violation of 8 U.S.C. § 1326.  The defendant was recently

25  appointed new counsel, who has been in trial.  Discovery has also recently been produced, which

26  defendant and his counsel must review.  Government counsel is also unavailable to appear during the

27  week of January 9, 2017.  The Probation Office does not object to this request.

28

STIP AND [P] ORDER CONTINUING HEARING
CR 12-00648 YGR

1   SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

2   DATED: January 6, 2017                LAW OFFICE OF ERICK L. GUZMAN

4                                         /s/ *Erick L. Guzman*
                                          ERICK L. GUZMAN
5                                         Attorney for Defendant
                                          GONZALO AMBRIZ

7   DATED: January 6, 2017                BRIAN J. STRETCH
                                          United States Attorney

10                                        /s/ *Erin A. Cornell*
                                          ERIN A. CORNELL
                                          Special Assistant United States Attorney

12   I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all

13   signatures within this e-filed document.

15   **ORDER**

16   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status on preliminary

17   revocation hearing currently scheduled for January 9, 2017 at 9:30 a.m. is continued to January 17, 2017

18   at 9:30 a.m.

19   DATED:  1/6/17

22                                        *Kandis Westmore*
                                          HONORABLE KANDIS A WESTMORE
                                          UNITED STATES MAGISTRATE JUDGE

STIP AND [P] ORDER CONTINUING HEARING
CR 12-00648 YGR