ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **GONZALO AMBRIZ**, <br><br> Defendant. | CASE NO. CR-17-0055-YGR-1 <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** <br><br> Current Date:   July 13, 2017 at 2:00 P.M. <br> Proposed Date: July 21, 2017 at 10:00 A.M. <br><br> AND RELATED CASE <br> CR-12-0648-YGR |

A motion hearing in this case is currently scheduled for July 13, 2017.  However, the parties are requesting that this hearing be rescheduled to July 21, 2010 at 10:00 A.M.  The parties are further requesting that the time between July 13, 2017 and July 21, 2017 be excluded from the speedy trial clock.

DATED: July 11, 2017                 Respectfully submitted,


                                    By

                                    /s/
                                    Erick L. Guzman
                                    Attorney for Gonzalo Ambriz




                                           /s/
                                        Michelle Bazu
                                        Assistant United States Attorney


                                        Case No. CR-17-0055-YGR-1

**[PROPOSED ORDER]**

The hearing currently scheduled for June 13, 2017 is rescheduled for July 21, 2017 at 10:00 A.M.

IT IS FURTHER ORDERED that the time between June 13, 2017 and July 21, 2017 be excluded from the speedy trial clock under 18 U.S.C. §3161 due to the pending motion and need for effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: July 11, 2017

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

2